Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA  91403
Telephone: (818) 933-5700
Facsimile:  (818) 933-5755



UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| To: | CLERK, U.S. BANKRUPTCY COURT |
| Re: | UNDISTRIBUTED FUNDS |
| Debtor: | CAROLINA SILVA<br>13652 PINNEY STREET<br>PACOIMA, CA  91331 |
| Case No.: | SV08-17252-KT |

Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified below.  The check was not deliverable at the address in the Trustee's file.  The Trustee, after due diligence, has not been able to locate the payee.  Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| CAROLINA SILVA<br>13652 PINNEY STREET<br>PACOIMA, CA 91331 | $ 16.52 |

Dated:   September 20, 2010                              _Elizabeth J Rojas_
                                                                        Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

CLK US BANKRUPTCY CT

Check No.: 0816272
Check Date: 09/20/2010
Check Amt: 16.52

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0817252 | | CAROLINA SILVA | | 0.00 | 0.00 | 16.52 | 16.52 |
| | Claim #: 00000 | | | | | | |
| | | TOTALS | | 0.00 | 0.00 | 16.52 | 16.52 |

---

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

1ST ENTERPRISE BANK
818 W. Seventh Street, Suite 220
Los Angeles, CA 90017

16-4430/1220

CHECK DATE: Sep 20, 2010
CHECK NO.: 0816272

CHECK AMOUNT
$**********16.52

VOID AFTER 60 DAYS

SILVA, CAROLINA

Case No: 0817252

PAY ONLY  16.52
ONE SIX PERIOD FIVE TWO

PAY TO THE ORDER OF  CLK US BANKRUPTCY CT

VOID OVER $16.52

Elizabeth F Rojas

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈0816272⑈ ⑆122044300⑆ 001⑈111690⑈